UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>          Plaintiff, ) <br> v. ) <br> ) <br> RONALD REEVES, ) <br> ) <br>          Defendant. ) | CASE NUMBER: 2:11-cr-365 GEB <br><br> **AMENDED** ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Ronald Reeves</u>; Case <u>2:11-cr-365 GEB</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of _____

    _X_    Unsecured Appearance Bond in the amount of <u>$50,000.00</u>

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond secured by Real Property

    __    Corporate Surety Bail Bond

    _X_    (Other) <u>Pretrial Supervision/Conditions; defendant to be released to the custody of Pretrial Services on Tuesday, 10/18/2011 at 9:00 AM to attend The Effort residential treatment program.</u>

Issued at <u>Sacramento, CA</u> on <u>10/12/2011</u> at <u>10:45 a.m.</u>

                                                  By   /s/ Kendall J. Newman
                                                         Kendall J. Newman
                                                         United States Magistrate Judge