**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email:LawOffice.mbigelow@gmail.com
Attorney for Defendant
David Martinelli

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr.S 11-365 GEB |
| ) | |
| Plaintiff, ) | AMENDED STIPULATION AND ORDER |
| ) | CONTINUING STATUS AND EXCLUDING |
| Vs ) | TIME |
| ) | |
| DAVID MARTINELLI, et. al., ) | ORDER (Proposed) |
| ) | |
| Defendant ) | |
| ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Dan McConkie, Counsel for Plaintiff, and undersigned counsel for all defendants, that the status conference scheduled for November 4, 2011 at 9:00 AM, be vacated and the matter be continued to this Court's criminal calendar on January 20 2012, at 9:00 a.m. for further status.

This continuance is requested by the defense in order to permit counsel time to prepare for the defense of this case and to continue negotiations with the prosecution in an effort to reach resolution.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161, *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial. The Court is advised that all counsel have conferred about this request, that they have agreed to the January 20, 2012 date, and that all counsel have authorized Mr. Bigelow to sign this stipulation on their behalf.

**IT IS SO STIPULATED**

/S/ DAN MCCONKIE
Dan McConkie, Esq.,                              Dated: November 2, 2011
Assistant United States Attorney
Attorney for Plaintiff


/S/MICHAEL B. BIGELOW                            Dated: November 2, 2011
Michael B. Bigelow
Attorney for Defendant
David Martinelli


/S/JOHN BALAZS                                   Dated: November 2, 2011
John Balazs
Attorney for Defendant
Sarah Marshall

/S/PRECILLIANO MARTINEZ                          Dated: November 2, 2011
Precilliano Martinez
Attorney for Defendant
Jose Aguilar-Madriz

```
/S/JOHN MANNING                  Dated: November 2, 2011
John Manning
Attorney for Defendant
Ronald Reeves

/S/DAN KOUKOL                    Dated: November 2, 2011
Dan Koukol
Attorney for Defendant
Artemo Aguilar

/S/CARL LARSON                   Dated: November 2, 2011
Carl Larson
Attorney for Defendant
Salvador Silva

/S/J. TONY                       Dated: November 2, 2011
J. Tony
Attorney for Defendant
Salvador Silva

/S/CLIMENTE JIMENEZ              Dated: November 2, 2011
Climmente Jimenez
Attorney for Defendant
Moses Aguilar

/S/PRETTI BAJWA                  Dated: November 2, 2011
Pretti Bajwa
Attorney for Defendant
German Alvarez Ortega

/S/ERIN RADEKIN                  Dated: November 2, 2011
Erin Radekin
Attorney for Defendant
Adan Cruz

/S/KYLE KNAPP                    Dated: November 2, 2011
Kyle Knapp
Attorney for Defendant
Manuel Sanchez

/S/OLAF HEDBERG                  Dated: November 2, 2011
Olaf Hedberg
Attorney for Defendant
Pedro Aguilar
```

| | | |
|---|---|---|
| /S/STEVE BAUER | | Dated: November 2, 2011 |

Steve Bauer
Attorney for Defendant
Gabino Cuevas-Hernandez

/S/SCOTT CAMERON                         Dated: November 2, 2011
Scott Cameron
Attorney for Defendant
Gregprop Zapien-Mendoza

**ORDER (Proposed)**

**IT IS ORDERED:** that pursuant to stipulation the above referenced matter shall be continued until January 20, 2012 at 9:00 PM, and time excluded for the reasons set forth above.

**Date:** **11/3/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge