MICHAEL B. BIGELOW
Attorney at Law
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com
Attorney for Defendant
David Martinelli

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. Cr.S 11-365 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) MODIFYING CONDITIONS |
| Vs | ) OF RELEASE |
| DAVID MARTINELLI, | ) ORDER |
| Defendant | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Dan McConkie, Counsel for Plaintiff, and undersigned counsel that the defendant David Martinelli's conditions of release may be modified so as to permit his release from custody until January 19, 2012, or until further order of the Court. All other conditions of release are to remain in full force and effect.

The modification of conditions of release has been discussed with Pre-trial Services Becky Fiddleman and she is in agreement.

-1-

This modification of release conditions is necessitated and agreed to for the following reasons: On September 12, 2011 defendant herein was released on pre-trial conditions as stated on the record at the time. All bond documents were to be filed prior to his release.

It was believed that defendant's daughter would be able to assist with the location and preparation of the necessary documents but she has, through no fault of her own, been unable to accomplish these goals. She is indigent, lives in New Mexico and, according to defendant, is developmentally disabled. Pursuant to stipulation, defendant was subsequently released in order to obtain the documents necessary for the posting of security. Through no fault of his own he has just obtained some of those documents and the processing of the paperwork is underway. However, it is the Holiday Season and it is not anticipated to be concluded until at least by the first of the year. Accordingly, additional time is needed.

**IT IS SO STIPULATED**

/S/ DAN MCCONKIE
Dan McConkie, Esq.,                         Dated: December 19, 2011
Assistant United States Attorney
Attorney for Plaintiff


/S/MICHAEL B. BIGELOW                       Dated: December 19, 2011
Michael B. Bigelow
Attorney for Defendant
David Martinelli

-2-

**ORDER**

**IT IS ORDERED**: that Defendant David Martinelli may remain released from custody until January 19, 2012 in order to obtain and file bond documents consistent with the conditions of release previously ordered by this Court, or until further order of this Court. All other conditions of release remain in full force and effect.

DATED: December 20, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE