JOHN R. MANNING
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA 95814
Telephone: (916) 444-3994
jmanninglaw@yahoo.com

Attorneys for Defendant
RONALD REEVES

IN THE UNITED STATES MAGISTRATE COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES GOVERNMENT, | ) | 2:11 CR 365 GEB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER MODIFYING CONDITIONS OF |
| | ) | RELEASE |
| RONALD REEVES, | ) | |
| Defendant. | ) | |
| _____ | ) | |

Ronald Reeves, by and through his attorney, John R. Manning, Esq., and the United States of America, by and through its' counsel, Daniel S. McConkie, Jr., Esq., and Pretrial Services Officer Steven Sheehan, hereby jointly agree and stipulate to amend defendant's conditions of release as follows:

1. Mr. Reeves shall not be required to appear in Court, before a Magistrate Judge, upon completion of his 90 day inpatient drug treatment at "The Effort."  Mr. Reeves shall be allowed to transfer into a clean and sober, transitional living, residence approved by Pretrial Services.  Should Mr. Reeves request to leave the clean and sober/transitional living program, Pretrial Services

1

will place the matter on the calendar before the Court.

2. Mr. Reeves shall comply with testing and outpatient counseling as directed by Pretrial Services.

3. Mr. Reeves shall remain subject to all terms and conditions of release previously imposed by the Court.

Accordingly, all parties and Mr. Reeves agree with the proposed modifications articulated herein.

Dated: January 13, 2012          Respectfully submitted,

  s/John R. Manning
John R. Manning
Attorney for Defendant
Ronald Reeves

Dated: January 13, 2012          Benjamin B. Wagner
United States Attorney

                                    by:   /s/ Daniel S. McConkie, Jr.
Daniel S. McConkie, Jr.
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: January 13, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE