JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RONALD REEVES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE AGUILAR-MADRIZ, et al.,<br><br>    Defendants. | No. CR-S-11-365 GEB<br><br>STIPULATION AND<br>[PROPOSED ORDER] CONTINUING<br>STATUS CONFERENCE<br><br>Date: February 24, 2012<br>Time: 9:00 a.m.<br>Judge: Honorable Garland E. Burrell, Jr. |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Daniel S. McConkie, Jr., Assistant United States Attorney, together with counsel for defendant Jose Aguilar-Madriz, Preciliano Martinez, Esq., counsel for defendant Ronald Reeves, John R. Manning, Esq., counsel for defendant Artemio Aguilar, Dan F. Koukol, Esq., counsel for defendant Juan Silva, Carl E. Larson, Esq., counsel for defendant Salvador Silva, J Toney, Esq., counsel for defendant David Martinelli, Michael B. Bigelow, Esq., counsel for defendant Gabino Cuevoas-Hernandez, Steven D. Bauer, Esq., counsel for defendant Sarah Marshall, John P. Balazs, Esq., counsel for defendant Moses Puledo Aguilar, Clemente M. Jimenez, Esq., counsel for defendant German Alvarez Ortega, Preeti K. Bajwa, Esq., counsel for defendant Adam Gutierrez Cruz, Erin J. Radekin, Esq., counsel for defendant Manuel Madriz Sanchez, Kyle R. Knapp, Esq., and counsel for defendant Pedro Aguilar Aguilar, Olaf W. Hedberg, Esq., that the

status conference presently set for January 20, 2012 be **continued to February 24, 2012, at 9:00 a.m.,** thus **vacating** the presently set status conference.

Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time under the Speedy Trial Act should therefore be excluded under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv) and Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties stipulation, January 17, 2012, to and including February 24, 2012. The requested continuance is to allow the defense more time to review the discovery and conduct investigation.

IT IS SO STIPULATED.

Dated: January 17, 2012 /s/ Perciliano Martinez
PERCILIANO MARTINEZ
Attorney for Defendant
Jose Aguilar-Madriz

Dated: January 17, 2012 /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Ronald Reeves

Dated: January 17, 2012 /s/ Dan F. Koukol
DAN F. KOUKOL
Attorney for Defendant
Artemio Aguilar

Dated: January 17, 2012 /s/ Carl E. Larson
CARL E. LARSON
Attorney for Defendant
Juan Silva

Dated: January 17, 2012 /s/ J Toney
J TONEY
Attorney for Defendant
Salvador Silva

| | |
|---|---|
| Dated: January 17, 2012 | /s/ Michael B. Bigelow<br>MICHAEL B. BIGELOW<br>Attorney for Defendant<br>David Martinelli |
| Dated: January 17, 2012 | /s/ Steven D. Bauer<br>STEVEN D. BAUER<br>Attorney for Defendant<br>Gabino Cuevas-Hernandez |
| Dated: January 17, 2012 | /s/ John P. Balazs<br>JOHN P. BALAZS<br>Attorney for Defendant<br>Sarah Marshall |
| Dated: January 17, 2012 | /s/ Clemente M. Jimenez<br>CLEMENTE M. JIMENEZ<br>Attorney for Defendant<br>Moses Puledo Aguilar |
| Dated: January 17, 2012 | /s/ Preeti K. Bajwa<br>PREETI K. BAJWA<br>Attorney for Defendant<br>German Alvarez Ortega |
| Dated: January 17, 2012 | /s/ Erin J. Radekin<br>ERIN J. RADEKIN<br>Attorney for Defendant<br>Adan Guitierrez Cruz |
| Dated: January 17, 2012 | /s/ Kyle R. Knapp<br>KYLE R. KNAPP<br>Attorney for Defendant<br>Manuel Madriz Sanchez |
| Dated: January 17, 2012 | /s/ Olaf W. Hedberg<br>OLAF W. HEDBERG<br>Attorney for Defendant<br>Pedro Aguilar Aguilar |
| Dated: January 17, 2012 | Benjamin B. Wagner<br>United States Attorney<br><br>by: /s/ Daniel S. McConkie, Jr.<br>DANIEL S. MCCONKIE, JR.<br>Assistant U.S. Attorney |

<pre>
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RONALD REEVES
</pre>

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE AGUILAR-MADRIZ, et al., <br><br> Defendants. | No. CR-S-11-365 GEB <br><br> [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, January 17, 2012, to and including February 24, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to prepare). It is further ordered that the January 20, 2012, status conference shall be continued until February 24, 2012, at 9:00 a.m.

IT IS SO ORDERED.

**Date: 1/18/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge