JOHN BALAZS, Bar No. 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
Sarah Marshall

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-cr-365-GEB |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE MOTION HEARING AND MODIFY BRIEFING SCHEDULE |
| v. | |
| Aguilar-Madriz et al, | |
| Defendant. | Date: April 27, 2012<br>Time: 9:00 a.m.<br>Hon. Garland E. Burrell, Jr. |

Defendant, Sarah Marshall, by and through her undersigned counsel and the United States, by and through it's undersigned counsel, jointly stipulate and request that the motion hearing date currently set for April 13, 2012 at 9:00 am be vacated and continued to April 27, 2012 at 9:00 am. The parties further stipulate and request that the due dates for filing an opposition and reply currently set for March 30, 2012 and April 6, 2012, respectively, be vacated and continued to April 13, 2012 and April 20, 2012.

The parties are engaged in plea negotiations and need additional time to attempt to settle the matter.

Respectfully submitted,

DATE: March 28, 2012  /s/ John Balazs
JOHN BALAZS
Attorney for Defendant
SARAH MARSHAL

DATE: March 28, 2012  BENJAMIN B. WAGNER
United States Attorney

/s/Daniel McConkie
DANIEL McCONKIE
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED. The Motion Hearing, as to defendant Marshall, that is currently set for April 13, 2012 at 9:00 am is vacated and continued to April 27, 2012 at 9:00. It is further ordered that the due dates to file an opposition and reply are continued to April 13, 2012 and April 20, 2012 respectively.

Dated: March 29, 2012

GARLAND E. BURRELL, JR.
United States District Judge