JOHN BALAZS, Bar No. 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
Sarah Marshall

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 11-cr-365-GEB |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION |
| v. | ) ) | HEARING AND MODIFY BRIEFING SCHEDULE |
| Sarah Marshall, | ) ) | |
| Defendant. | ) ) | Date: May 25, 2012 Time: 9:00 a.m. |
| | ) | Hon. Garland E. Burrell, Jr. |

Defendant Sarah Marshall, through her undersigned counsel, and the United States, through its undersigned counsel, hereby stipulate and request that the motion hearing date currently set for defendant Marshall's motions on April 27, 2012 at 9:00 a.m. be vacated and continued to **May 25, 2012 at 9:00 a.m.** The parties further stipulate and request that the due date for the government's response to defendant Marshall's motions be extended to May 4, 2012, and the defendant's reply briefs, if any, be filed by May 15, 2012.

Time is currently being excluded under the Speedy Trial Act for the pendency of motions.

Respectfully submitted,

DATE: April 13, 2012          /s/ John Balazs
                              JOHN BALAZS
                              Attorney for Defendant
                              SARAH MARSHAL


DATE: April 13, 2012          BENJAMIN B. WAGNER
                              United States Attorney

                       By:    /s/Daniel McConkie
                              DANIEL McCONKIE
                              Assistant U.S. Attorney


**ORDER**

IT IS SO ORDERED. The Motion Hearing as to defendant Marshall only on April 27, 2012 at 9:00 a.m. is vacated and continued to May 25, 2012 at 9:00 a.m. It is further ordered that the government's response to defendant Marshall's motions is now due May 4, 2012, and defendant's reply briefs, if any, are due May 15, 2012.

Dated: April 13, 2012

GARLAND E. BURRELL, JR.
United States District Judge