MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

Attorney for GERMAN ALVAREZ-ORTEGA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR-S-11-365 GEB |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] |
| v. | ) ORDER TO PROBATION TO PREPARE |
| | ) REPORT REGARDING THE CRIMINAL |
| GERMAN ALVAREZ-ORTEGA, | ) HISTORY OF ALVAREZ-ORTEGA |
| et al | ) |
| Defendants. | ) |
| ==============================) | Judge: Hon. Garland E. Burrell |

Several issues concerning the criminal history of German Alvarez-Ortega, such as eligibility for the USSG section 5C1.2 "safety valve," cannot be determined with the information presently known by the prosecution and the defense. The information is needed before the parties can continue meaningful negotiations.

It is hereby requested by the parties, Daniel McConkie, Assistant United States Attorney, and Michael Long, attorney for German Alvarez-Ortega, that the court order the United States Probation Office to prepare a report concerning the criminal history of Mr. Alvarez-Ortega.

Dated:  September 12, 2012                     Respectfully submitted,

                                                /s/ Michael D. Long_____
                                                MICHAEL D. LONG
                                                Attorney for Michael Long

///

-1-

| | | |
|---|---|---|
| 1 | Dated: September 12, 2012 | BENJAMIN WAGNER<br>United States Attorney |
| 2 | | |
| 3 | | /s/ Daniel McConkie____<br>DANIEL McCONKIE |
| 4 | | Assistant U.S. Attorney |

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA, ) No. CR-S-11-365 GEB
   Plaintiff, )
     ) (Proposed) ORDER
 v. )
   )
GERMAN ALVAREZ-ORTEGA, )
   et al )
   Defendants. )
===============================) Judge: Hon. Garland E. Burrell

  The United State Probation Office is requested to prepare a report concerning the criminal history of defendant German Alvarez-Ortega.

**Date: 9/12/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge