**CRS 11-365MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email:LawOffice.mbigelow@gmail.com
Attorney for Defendant
David Martinelli

## IN THE UNITED STATES DISTRICT COURT

### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr.S 11-365 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| Vs ) | CONTINUING STATUS AND EXCLUDING |
| ) | TIME |
| DAVID MARTINELLI ) | |
| JOSE AGUILAR-MADRIZ ) | ORDER (Proposed) |
| RONALD REEVES ) | |
| ARTEMO AGUILAR ) | |
| SALVADOR SILVA ) | |
| JUAN SILVA ) | |
| MOSES AGUILAR ) | |
| GERMAN ALVAREZ ORTEGA ) | |
| ADAN CRUZ ) | |
| MANUEL SANCHEZ ) | |
| PEDRO AGUILAR ) | |
| GABINO CUEVAS-HERNANDEZ ) | |
| GREGPROP ZAPIEN-MENDOZA ) | |
| ) | |
| Defendants ) | |
| ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United

States Attorney Dan McConkie, Counsel for Plaintiff, and

undersigned counsel for all defendants that the status

conference scheduled for September 21, 2012 at 9:00 AM, be

vacated and the matter be continued to this Court's criminal calendar on December 14, 2012,at 9:00 a.m. for further status.

This continuance is requested by the defense in order to permit counsel time to prepare for the defense of this case and to continue negotiations with the prosecution in an effort to reach resolution.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161, *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial. The Court is advised that all counsel have conferred about this request, that they have agreed to the December 14, 2012 date, and that all counsel have authorized Mr. Bigelow to sign this stipulation on their behalf.


**IT IS SO STIPULATED**


/S/ DAN MCCONKIE
Dan McConkie, Esq.,                     Dated: September 19, 2012
Assistant United States Attorney
Attorney for Plaintiff


/S/MICHAEL B. BIGELOW                    Dated: September 19, 2012
Michael B. Bigelow
Attorney for Defendant
David Martinelli

<u>/S/PRECILLIANO MARTINEZ</u>          Dated: September 19, 2012
Precilliano Martinez
Attorney for Defendant
Jose Aguilar-Madriz


<u>/S/JOHN MANNING</u>                  Dated: September 19, 2012
John Manning
Attorney for Defendant
Ronald Reeves

<u>/S/DAN KOUKOL</u>                    Dated: September 19, 2012
Dan Koukol
Attorney for Defendant
Artemo Aguilar

<u>/S/CARL LARSON</u>                   Dated: September 19, 2012
Carl Larson
Attorney for Defendant
Juan Silva

<u>/S/J. TONY</u>                       Dated: September 19, 2012
J. Tony
Attorney for Defendant
Salvador Silva

<u>/S/CLIMENTE JIMENEZ</u>             Dated: September 19, 2012
Climmente Jimenez September 19
Attorney for Defendant
Moses Aguilar

<u>/S/MICHAEL LONG</u>                  Dated: September 19, 2012
Michael Long
Attorney for Defendant
German Alvarez Ortega

<u>/S/ERIN RADEKIN</u>                  Dated: September 19, 2012
Erin Radekin
Attorney for Defendant
Adan Cruz

/S/KYLE KNAPP                    Dated: September 19, 2012
Kyle Knapp
Attorney for Defendant
Manuel Sanchez

/S/OLAF HEDBERG                  Dated: September 19, 2012
Olaf Hedberg
Attorney for Defendant
Pedro Aguilar


/S/HAYES GABLE                   Dated: September 19, 2012
Hayes Gable
Attorney for Defendant
Gabino Cuevas-Hernandez

/S/SCOTT CAMERON                 Dated: September 19, 2012
Scott Cameron
Attorney for Defendant
Gregprop Zapien-Mendoza




**ORDER (Proposed)**


**IT IS ORDERED:** that pursuant to stipulation the above referenced

matter shall be continued until December 14, 2012 at 9:00 PM,

and time excluded for the reasons set forth above.

**9/20/12**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge