```
1  SCOTT N. CAMERON
   Attorney at Law
2  1007 7th Street, Suite 319
   Sacramento, California 95814
3  Telephone: (916) 442-5230

4  Attorney for:
   GREGORIO ZAPIEN-MENDOZA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>         Plaintiff,                 )<br>                                    )<br>    v.                              )<br>                                    )<br>GREGORIO ZAPIEN-MENDOZA,            )<br>     et. al.,                       )<br>                                    )<br>         Defendants.                )<br>_____) | CASE NO.  2:11-CR-00365 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR PRE-PLEA CRIMINAL HISTORY EVALUATION FOR DEFENDANT ZAPIEN-MENDOZA** |

## Stipulation

The government and defendant GREGORIO ZAPIEN-MENDOZA (hereafter "defendant"), through undersigned counsel, stipulate that it would be appropriate for the United States Probation Office to prepare a criminal history evaluation, and determine the criminal history category, for defendant prior to a change of plea. As such, the parties request that this Court make such an order. The criminal history for defendant is ambiguous and his criminal history cannot be determined with sufficient confidence to adequately advise the defendant of the consequences of a change of plea. Moreover, an accurate calculation of the defendant's criminal history category

1

would significantly aid in the settlement of this matter.

The government has authorized the defense counsel for defendant to sign this stipulation on his behalf.

DATED: February 7, 2013          BENJAMIN WAGNER
United States Attorney

by   /s/ Scott N. Cameron, for
Daniel McConkie
Assistant U.S. Attorney

DATED: February 7, 2013

by   /s/ Scott N. Cameron
Scott N. Cameron
Counsel for
Gregorio Zapien-Mendoza

### Order

For the reasons stated in the above stipulation of counsel, the United States Probation Department is ordered to conduct a criminal history evaluation, and to determine the criminal history category, for defendant GREGORIO ZAPIEN-MENDOZA.

Dated: February 8, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge