```
 1  CLEMENTE M. JIMÉNEZ, SBN 207136
    428 J Street, Suite 355
 2  Sacramento, CA 95814
 3  (916) 443-8055

 4
    Attorney for Defendant
 5  MOSES PULIDO-AGUILAR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 11-365 GEB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR PREPARATION OF PRE-PLEA PROBATION REPORT |
| v. | |
| MOSES PULIDO-AGUILAR, | DATE: March 15, 2013<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney DANIEL McCONKIE, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant MOSES PULIDO-AGUILAR, and the parties mutually request, that the Court order a pre-plea report to be prepared as to Defendant MOSES PULIDO-AGUILAR in above-entitled matter, presently scheduled for further status conference on April 19, 2013. The parties request that the court set April 18, 2013, as the deadline for completion of the pre-plea report.

    The government has provided the defense with a plea agreement. The parties are requesting the pre-plea report to ascertain that the anticipated resolution is consistent with Mr. Pulido-Aguilar's criminal history. Upon confirmation of criminal history, the defense anticipates a change of plea will be forthcoming.

//

DATED:     March 11, 2013     /S/     Daniel McConkie_____
                              DANIEL MCCONKIE
                              Attorney for Plaintiff


                              /S/     Clemente M. Jiménez_____
                              CLEMENTE M. JIMÉNEZ
                              Attorney for MOSES PULIDO-AGUILAR


## ORDER

IT IS SO ORDERED, that the United States Probation Department prepare a pre-plea presentence report as to Defendant Moses Pulido-Aguilar, to be completed by April 18, 2013.

**Date:  3/20/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge