JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RONALD REEVES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE AGUILAR-MADRIZ,

    Defendants.

No. CR-S-11-365-GEB

STIPULATION REGARDING
EXCLUDABLE TIME PERIODS
UNDER SPEEDY TRIAL ACT;
[PROPOSED] FINDINGS AND ORDER

Date: June 21, 2013
Time: 9:00 a.m.
Judge: Honorable Garland E. Burrell, Jr.

    The United States of America through its undersigned counsel, Justin Lee, Assistant United States Attorney, together with counsel for defendant Jose Aguilar-Madriz, Preciliano Martinez, Esq., counsel for defendant Ronald Reeves, John R. Manning, Esq., counsel for defendant Artemio Aguilar, Dan F. Koukol, Esq., counsel for defendant Juan Silva, Carl E. Larson, Esq., counsel for defendant Salvador Silver, J Toney, Esq., counsel for defendant David Martinelli, Michael B. Bigelow, Esq., counsel for defendant Gregorio Zapien-Mendoza, Scott N. Cameron, Esq., counsel for defendant Gabino Cuevas-Hernandez, Hayes H. Gable, III, Esq., counsel for defendant Moses Puledo Aguilar, Clemente M. Jimenez, Esq., counsel for defendant Adam Gutierrez Cruz, Erin J. Radekin, Esq., counsel for defendant Manuel Madriz Sanchez,

1

Kyle R. Knapp, Esq., and counsel for defendant Pedro Aguilar Aguilar, Olaf W. Hedberg, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on April 19, 2013.
2. By this stipulation, the defendants now move to continue the status conference until June 21, 2013 and to exclude time between April 19, 2013 and June 21, 2013 under the Local CodeT-4 (to allow defense counsel time to prepare).
3. The parties agree and stipulate, and request the Court find the following:
    a. Counsel for the defendants need additional time to review the discovery, conduct investigation, and continue negotiations with prosecution in an effort to reach a resolution.
    b. Currently the discovery in this case includes 129 pages and two video DVDs.
    c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
    d. The Government does not object to the continuance.
    e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.
    f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of April 19, 2013 to June 21, 2013, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request

on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 17, 2013                      /s/ Preciliano Martinez
                                                       PRECILIANO MARTINEZ
                                                       Attorney for Defendant
                                                       Jose Aguilar-Madriz

Dated: April 17, 2013                      /s/ John R. Manning
                                                         JOHN R. MANNING
                                                       Attorney for Defendant
                                                       Ronald Reeves

Dated: April 17, 2013                      /s/ Dan F. Koukol
                                                        DAN F. KOUKOL
                                                      Attorney for Defendant
                                                      Artemio Aguilar

Dated: April 17, 2013                      /s/ Carl E. Larson
                                                        CARL E. LARSON
                                                      Attorney for Defendant
                                                      Juan Silva

Dated: April 17, 2013                      /s/ J Toney
                                                        J TONEY
                                                      Attorney for Defendant
                                                      Salvador Silva

Dated: April 17, 2013                      /s/ Michael B. Bigelow
                                                        MICHAEL B. BIGELOW
                                                      Attorney for Defendant
                                                      David Martinelli

| | | |
|---|---|---|
| Dated: April 17, 2013 | | /s/ Scott N. Cameron |
| | | SCOTT N. CAMERON |
| | | Attorney for Defendant |
| | | Gregorio Zapien-Mendoza |

Dated: April 17, 2013  /s/ Hayes H. Gable
HAYES H. GABLE
Attorney for Defendant
Gabino Cuevas-Hernandez

Dated: April 17, 2013  /s/ Clemente Jimenez
CLEMENTE JIMENEZ
Attorney for Defendant
Moses Puledo Aguilar

Dated: April 17, 2013  /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
Adan Guitierrez Cruz

Dated: April 17, 2013  /s/ Kyle R. Knapp
KYLE R. KNAPP
Attorney for Defendant
Manuel Madriz Sanchez

Dated: April 17, 2013  /s/ Olaf W. Hedberg
OLAF W. HEDBERG
Attorney for Defendant
Pedro Aguilar Aguilar

Dated: April 17, 2013  Benjamin B. Wagner
United States Attorney

by:  /s/ Justin Lee
JUSTIN LEE
Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

4/18/13

GARLAND E. BURRELL, JR.
U.S. DISTRICT JUDGE