IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GERMAN ALVAREZ-ORTEGA,<br><br>  Defendant. | 2:11-cr-00365-GEB<br><br>ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO UNITED STATES MARSHALL:

This Order authorizes and directs you to release German Alvarez-Ortega from custody of the United States Marshal.

May 24, 2013.

_____
UNITED STATES DISTRICT JUDGE

File Copy

1