JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RONALD REEVES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOSE AGUILAR-MADRIZ, et al.<br><br>　　　　Defendants. | No. CR-S-11-365-GEB<br><br>STIPULATION REGARDING<br>EXCLUDABLE TIME PERIODS<br>UNDER SPEEDY TRIAL ACT;<br>[PROPOSED] FINDINGS AND ORDER<br><br>Date:　August 2, 2013<br>Time:　9:00 a.m.<br>Judge:　Honorable Garland E. Burrell, Jr. |

The United States of America through its undersigned counsel, Daniel McConkie, Assistant United States Attorney, together with counsel for defendant Jose Aguilar-Madriz, Preciliano Martinez, Esq., counsel for defendant Ronald Reeves, John R. Manning, Esq., counsel for defendant Artemio Aguilar, Dan F. Koukol, Esq., counsel for defendant Juan Silva, Carl E. Larson, Esq., counsel for defendant Salvador Silva, J Toney, Esq., counsel for defendant David Martinelli, Michael B. Bigelow, Esq., counsel for defendant Gregorio Zapien-Mendoza, Scott N. Cameron, Esq., counsel for defendant Gabino Cuevas-Hernandez, Hayes H. Gable, III, Esq., counsel for defendant Moses Puledo Aguilar, Clemente Jimenez, Esq., counsel for defendant Adan Gutierrez Cruz, Erin J. Radekin, Esq., counsel for defendant Manuel Madriz Sanchez, Kyle

1

R. Knapp, Esq., and counsel for defendant Pedro Aguilar Aguilar, Olaf W. Hedberg, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on June 21, 2013.
2. By this stipulation, the defendants now move to continue the status conference until August 2, 2013 and to exclude time between June 21, 2013 and August 2, 2013 under the Local CodeT-4 (to allow defense counsel time to prepare).
3. The parties agree and stipulate, and request the Court find the following:
   a. Counsel for the defendants need additional time to review the discovery, conduct investigation, and continue negotiations with prosecution in an effort to reach a resolution.
   b. Currently the discovery in this case includes 129 pages and two video DVDs.
   c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
   d. The Government does not object to the continuance.
   e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.
   f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of June 21, 2013 to August 2, 2013, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on

the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 19, 2013 /s/ Preciliano Martinez
PRECILIANO MARTINEZ
Attorney for Defendant
Jose Aguilar-Madriz

Dated: June 19, 2013 /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Ronald Reeves

Dated: June 19, 2013 /s/ Dan F. Koukol
DAN F. KOUKOL
Attorney for Defendant
Artemio Aguilar

Dated: June 20, 2013 /s/ Carl E. Larson
CARL E. LARSON
Attorney for Defendant
Juan Silva

Dated: June 19, 2013 /s/ J Toney
J TONEY
Attorney for Defendant
Salvador Silva

Dated: June 19, 2013 /s/ Michael B. Bigelow
MICHAEL B. BIGELOW
Attorney for Defendant
David Martinelli

Dated: June 19, 2013                                         /s/ Scott N. Cameron
                                                                             SCOTT N. CAMERON
                                                                             Attorney for Defendant
                                                                             Gregorio Zapien-Mendoza

Dated: June 19, 2013                                         /s/ Hayes H. Gable
                                              HAYES H. GABLE
                                              Attorney for Defendant
                                              Gabino Cuevas-Hernandez

Dated: June 19, 2013                                    /s/ Clemente Jimenez
                                   CLEMENTE JIMENEZ
                                   Attorney for Defendant
                                   Moses Puledo Aguilar

Dated: June 19, 2013                                     /s/ Erin J. Radekin
                                    ERIN J. RADEKIN
                                    Attorney for Defendant
                                    Adan Gutierrez Cruz

Dated: June 19, 2013                                       /s/ Kyle R. Knapp
                                      KYLE R. KNAPP
                                      Attorney for Defendant
                                      Manuel Madriz Sanchez

Dated: June 20, 2013                                     /s/ Olaf W. Hedberg
                                    OLAF W. HEDBERG
                                    Attorney for Defendant
                                    Pedro Aguilar Aguilar

Dated: June 19, 2013                                     Benjamin B. Wagner
                                    United States Attorney

                             by:      /s/ Daniel McConkie
                                            Daniel McConkie
                                            Assistant U.S. Attorney

IT IS SO FOUND AND ORDERED.

**Date: <u>6/20/2013</u>**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge